OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/9/2015
**SPRATLING, RICKY**      Tr. Ct. No. 26,307-B-H-1      **WR-83,702-01**
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RICKY SPRATLING
FEDERAL CORRECTION-BASTROP
"TRAVIS UNIT"
P. O. BOX 1010
BASTROP, TX 78602

DELIVERABLE
ADDRESSE
IN TO SENDER
43B 78602